ACCEPTED
13-14-00380-CR
THIRTEENTH COURT OF APPEALS
CORPUS CHRISTI, TEXAS
5/26/2015 11:12:24 AM
DORIAN RAMIREZ
CLERK

**NO. 13-14-00380-CR-CR**

IN THE

FILED IN
13th COURT OF APPEALS
CORPUS CHRISTI/EDINBURG, TEXAS
5/26/2015 11:12:24 AM
DORIAN E. RAMIREZ
Clerk

COURT OF APPEALS

THIRTEENTH DISTRICT

CORPUS CHRISTI, TEXAS

LAWRENCE JAMES, JR.

v.

THE STATE OF TEXAS

ON APPEAL IN CAUSE NO. 12-14114

252ND DISTRICT COURT

THE HONORABLE LARRY GIST, JUDGE PRESIDING

---

# BRIEF FOR STATE

---

BOB WORTHAM
CRIMINAL DISTRICT ATTORNEY
JEFFERSON COUNTY, TEXAS

ANN MANES, ASSISTANT
CRIMINAL DISTRICT ATTORNEY
JEFFERSON COUNTY, TEXAS
TBL # 00791168
1085 PEARL STREET, SUITE 300
BEAUMONT, TEXAS  77701
(409) 835-8550
(amanes@co.jefferson.tx.us)

## IDENTIFICATION OF THE PARTIES AND COUNSEL

Pursuant to Tex. R. App. Proc. 38.1(a), a complete list of the names of all interested parties is provided below so the members of this Honorable Court may at once determine whether they are disqualified to serve or should recuse themselves from participating in the decision of the case.

Lawrence James, Jr., Appellant Pro Se
    TDCJ #1940637
    Eastham Unit
    2665 Prison Rd. #1
    Lovelady, Texas 75851

Defense Attorney on the Trial:
    Nathan Lee Reynolds, Jr.
    3500 Memorial Blvd.
    Port Arthur, Texas 77640

Bob Wortham, Criminal District Attorney
    Jefferson County Courthouse
    1085 Pearl Street, Suite 300
Beaumont, Texas 77701

Defense Attorney on the Appeal:
    Terrence Leon Holmes
    455 Milam Street
    Beaumont, Texas 77701

Judge Presiding:
    The Honorable Larry Gist

Prosecutors on the Trial:
    Eric Houghton
    Jefferson County Courthouse
    1085 Pearl Street, Suite 300
    Beaumont, Texas  77701

Prosecutor on the Appeal:
    Ann Manes
    Jefferson County Courthouse
    1085 Pearl Street, Suite 300
    Beaumont, Texas  77701

# TABLE OF CONTENTS

INDEX OF AUTHORITIES ....................................................................................ii

STATE'S RESPONSE ............................................................................................2

PRAYER..............................................................................................................3

CERTIFICATE OF SERVICE ................................................................................3

# INDEX OF AUTHORITIES

**CASES**

*Anders v. California*, 386 U.S. 738 (1967)..............................................................2

*Bledsoe v. State*, 178 S.W.3d 824 (Tex.Crim.App. 2005)..........................................2

NO. 13-14-00380-CR-CR

IN THE

COURT OF APPEALS

THIRTEENTH DISTRICT

CORPUS CHRISTI, TEXAS


LAWRENCE JAMES, JR.

v.

THE STATE OF TEXAS


ON APPEAL IN CAUSE NO. 12-14114

252ND DISTRICT COURT

THE HONORABLE LARRY GIST, JUDGE PRESIDING

# BRIEF FOR STATE

**TO THE HONORABLE COURT OF APPEALS:**

COMES NOW, the State of Texas by and through her Criminal District Attorney for Jefferson County, Texas, appellee herein, and makes the following response to appellant's brief.

1

## STATE'S RESPONSE

In accordance with *Anders v. California*, **386 U.S. 738 (1967)** and *Bledsoe v. State*, **178 S.W.3d 824 (Tex.Crim.App. 2005)**, the State has read both Appellant's pro se brief and the record in this cause and ascertains no merit in Appellant's pro se issues. The State stands ready to respond should the Court find that any arguable grounds for appeal exist.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, the State prays that upon consideration of the record, the law, and the briefs, that Appellant only obtain that relief to which he may show himself justly entitled, and, failing to do so, that the judgment and sentence be affirmed.

RESPECTFULLY SUBMITTED,

BOB WORTHAM
CRIMINAL DISTRICT ATTORNEY
JEFFERSON COUNTY, TEXAS

/s/ Ann Manes

ANN MANES, ASSISTANT
CRIMINAL DISTRICT ATTORNEY
JEFFERSON COUNTY, TEXAS
TBL # 00791168
1001 PEARL STREET, SUITE 300.
BEAUMONT, TEXAS 77701
(409) 835-8550
(amanes@co.jefferson.tx.us)

2

## CERTIFICATE OF COMPLIANCE

In compliance with Texas Rule of Appellate Procedure 9.4(i)(3), I certify that the number of words in this brief, excluding those matters listed in Rule 94.(i)(1) is 106.

/s/ Ann Manes

ANN MANES, ASSISTANT
CRIMINAL DISTRICT ATTORNEY
JEFFERSON COUNTY, TEXAS
TBL #00791168
1001 PEARL STREET, SUITE 300
BEAUMONT, TEXAS 77701
(409) 835-8550
(amanes@co.jefferson.tx.us)

## CERTIFICATE OF SERVICE

A copy of this brief has been sent by United States mail to Lawrence James, Jr., TDCJ #1940637, Eastham Unit, 2665 Prison Rd. #1, Lovelady, Texas, 75851, and the State's brief has been eFiled with the Clerk of the Thirteenth Court of Appeals, on this 26th day of May, 2015.

/s/ Ann Manes

ANN MANES, ASSISTANT
CRIMINAL DISTRICT ATTORNEY
JEFFERSON COUNTY, TEXAS